STATE OF NORTH CAROLINA v. DONALD W. HERRING AND JOSEPH MEYER

No. 287A85

(Filed 5 March 1986)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported

in 74 N.C. App. 269, 328 S.E. 2d 23 (1985), which found no error in the trial and conviction of defendants before *Watts, J.*, at the 9 April 1984 session of Superior Court, BRUNSWICK County. Heard in the Supreme Court 12 February 1986.

*Lacy H. Thornburg, Attorney General, by Thomas J. Ziko, Assistant Attorney General, for the state.*

*Alexander M. Hall for defendant Donald W. Herring and Stephen B. Yount for defendant Joseph Meyer.*

PER CURIAM.

Affirmed.